IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CR233 |
| | ) | |
| vs. | ) | ORDER TO DISMISS |
| | ) | INFORMATION |
| NICHOLAS CHARLES ROGERS, | ) | PURSUANT TO RULE 48(a) |
| | ) | |
| Defendant | ) | |

IT IS ORDERED, pursuant to Federal Rule of Criminal Procedure 48(a), leave of Court is granted for the dismissal without prejudice of the Information regarding Defendant, NICHOLAS CHARLES ROGERS, pursuant to Motion of the United States (Filing No. 21). The Information in the above-captioned matter is hereby dismissed without prejudice.

DATED this 4th day of October, 2012.

BY THE COURT:

*s/ Joseph F. Bataillon*
United States District Judge